UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-03208-SP | Date | November 9, 2026 |
| Title | Interinsurance Exchange of the Automobile Club v. United States Forest Service, et al. | | |

| | |
|---|---|
| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** |

| | | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None Appearing | None Appearing |

**Proceedings:** **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Effect Service and Prosecute**

On June 12, 2026, plaintiff filed a complaint against defendants United States Forest Service and Princess Rocha. The same day, the court issued a form Notice of Assignment to a U.S Magistrate Judge and Declination of Consent ("Consent Notice"). Docket no. 4. The Consent Notice advises the parties of their deadline to opt out of consenting to a Magistrate Judge by submitting a declination of consent. The Consent Notice also directs the party initiating the case to serve the form Consent Notice "on each party at the time of service of the summons and complaint or other initial pleading."

Under Federal Rule of Civil Procedure 4(m), plaintiff was required to serve each defendant with the summons and complaint within 90 days after the complaint's filing, that is, no later than September 10, 2026. Because the defendants to be served are an agency of the United States and an employee of the United States sued in his or her individual capacity for acts occurring in connection with the employee's official duties, under Federal Rule of Civil Procedure 4(i), to effect service on defendants, plaintiff was specifically required to serve the summons and complaint on: (1) the United States Attorney for the Central District of California (by delivering a copy to the United States Attorney or his designee, or by sending a copy by registered or certified mail to the Civil Process Clerk at the United States Attorney's Office for the Central District of California); (2) the United States Attorney General by sending a copy by registered or certified mail to the Attorney General of the United States in Washington, D.C.; (3) the United States Forest Service by sending a copy by registered or certified mail to that agency; and (4) Princess Rocha individually.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-03208-SP | Date | November 9, 2026 |
| Title | Interinsurance Exchange of the Automobile Club v. United States Forest Service, et al. | | |

The deadline for service has passed, but plaintiff has not filed any proof of such service with the court, nor is there any other indication before the court that the complaint has been served on any defendant. As such, plaintiff has failed to effect service on either defendant.

Accordingly, plaintiff is ORDERED to show cause in writing by ***November 23, 2026*** why this case should not be dismissed without prejudice for plaintiff's failure to prosecute and serve defendants within the required time period. Plaintiff may discharge this Order to Show Cause by filing, not later than November 23, 2026, proof of complete and proper service of the summons, complaint, and form Notice of Assignment to a U.S Magistrate Judge and Declination of Consent.

**The court warns plaintiff that failure to respond to the Order to Show Cause by November 23, 2026, or further failure to prosecute this action in accordance with court orders, may result in dismissal of this action for failure to prosecute.**